Our statute very plainly gives to one who is dissatisfied with the court's bill of exception, the right to prepare a bystanders' bill. We find nothing of that kind in the record.

The motion for rehearing will be overruled.

### CHANEY v. STATE.

No. 16087.

Court of Criminal Appeals of Texas.

May 31, 1933.

W. E. Martin, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary of a private residence; punishment assessed being ten years in the penitentiary.

The indictment charges the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.